Oliver Refining Company v. Adolf Aspegren and Others.— Motion granted so far as consented to, without costs. Order to be settled on notice.

In the Matter of Robert Kuehnert, an Attorney.— Motion granted and proceedings stayed until October 1, 1912. If the commission to be issued be not returned before that time, the case to proceed before the referee. Order to be settled on notice.

In the Matter of Joseph E. Greenberg, an Attorney.— Motion granted. Order to be settled on notice.

In the Matter of Leonard A. Snitkin, a Municipal Court Justice.— Motion granted. Order to be settled on notice.

In the Matter of Martin Zatulove, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of William B. Singer, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of Frederick W. Kristeller, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of Reno R. Billington, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of William P. Buchler, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of Ernest M. Welch, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of Clarence F. Birdseye, an Attorney.— Motion granted.

In the Matter of the German Society of the City of New York.— Motion granted.

Joseph Mandelkern v. The Enterprises of Max Rabinoff. – Application denied, with ten dollars costs. Order signed.

Lydia Lopoukowa v. The Enterprises of Max Rabinoff.— Application denied, with ten dollars costs. Order signed.

Irene Pierce v. Hellenic-American Realty Company.— Application denied, with ten dollars costs. Order signed.

Harry Bierhoff and Others v. Albert Tilt.— Application denied, with ten dollars costs. Order signed.

Benjamin Daniel v. Brooklyn Heights Railroad Company.— Application granted upon defendant's filing stipulation that upon affirmance judgment absolute shall be rendered against it. Order signed.

Louis Silverblatt v. Isidor Rosenberger and Others.— Application denied, with ten dollars costs. Order signed.

David B. Phillips v. Emil Grossman.— Application denied, with ten dollars costs. Order signed.

Runklett and Reynolds, Incorporated, v. W. Van R. Whitall.— Application denied, with ten dollars costs. Order signed.

Robert A. Cheesebrough v. Western Union Telegraph Company.— Application granted. Order signed.

William A. Mallett Company v. Ajax Portland Cement Company.— Application denied, with ten dollars costs. Order signed.

William A. Mallett Company v. Ajax Portland Cement Company.— Motion denied, with ten dollars costs.